```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 08483
   HERBERT L MANNING
   BARBARA GARY MANNING                       CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6365      SSN XXX-XX-6783

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/09/2005 and was confirmed 04/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.98% from remaining funds.

     The case was paid in full 06/19/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
--------------------------------------------------------------------------------
NORDSTROM FSB                  UNSECURED            .00            .00            .00
CITICORP TRUST BANK            CURRENT MORTG        .00            .00            .00
GENERAL MOTORS ACCEPTANC       SECURED         13640.20         621.19       13640.20
MIDFIRST BANK                  CURRENT MORTG        .00            .00            .00
AMERICAN EXPRESS TRAVEL        UNSECURED        6360.07            .00         1143.54
ANTHONY BLEJSKI                NOTICE ONLY    NOT FILED            .00            .00
LVNV FUNDING LLC               UNSECURED       12824.70            .00         2305.88
FLEET CREDIT CARD              UNSECURED      NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC       UNSECURED        2369.84            .00          426.10
ECAST SETTLEMENT CORP          UNSECURED OTH    585.03            .00          105.25
BANK ONE CARDMEMBER SERV       UNSECURED      NOT FILED            .00            .00
BEST BUY                       UNSECURED      NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC       UNSECURED        1187.92            .00          213.59
CAPITAL ONE BANK               UNSECURED      NOT FILED            .00            .00
RESURGENT ACQUISITION LL       UNSECURED        2097.43            .00          377.12
SMC                            UNSECURED         583.62            .00          104.93
CHASE MANHATTAN BANK           UNSECURED        6551.46            .00         1177.95
ECAST SETTLEMENT CORP          UNSECURED        2295.83            .00          412.79
CIRCUIT CITY PRIVATE LAB       UNSECURED         907.39            .00          163.15
RESURGENT ACQUISITION LL       UNSECURED        3590.31            .00          645.54
DISCOVER FINANCIAL SERVI       UNSECURED          37.97            .00            6.83
EXXON MOBIL                    UNSECURED      NOT FILED            .00            .00
FLEET CARD                     UNSECURED      NOT FILED            .00            .00
GE CONSUMER FINANCE            UNSECURED          67.46            .00           12.13
ASSET ACCEPTANCE CORP          UNSECURED        6625.76            .00         1191.31
ECAST SETTLEMENT CORP          UNSECURED         355.66            .00           63.95
WORLD FINANCIAL NETWORK        UNSECURED         165.36            .00           29.73
FDS BANK/LAZARUS MACY          UNSECURED         483.33            .00           86.90
MARSHALL FIELDS                UNSECURED         612.43            .00          110.11
NOEL G ALCANTARA MD            UNSECURED      NOT FILED            .00            .00
NORDSTROM                      UNSECURED      NOT FILED            .00            .00
RADIO SHACK                    UNSECURED      NOT FILED            .00            .00
```

```
ECAST SETTLEMENT CORP    UNSECURED          230.45             .00          41.43
SEARS ROEBUCK  & CO      UNSECURED       NOT FILED             .00            .00
SEARS ROEBUCK  & CO      UNSECURED       NOT FILED             .00            .00
SEARS ROEBUCK  & CO      UNSECURED       NOT FILED             .00            .00
WHITEHALL JEWELERS       UNSECURED       NOT FILED             .00            .00
ZALES                    UNSECURED       NOT FILED             .00            .00
MIDFIRST BANK            MORTGAGE ARRE      988.90             .00         988.90
AMERICAN EXPRESS TRAVEL  UNSECURED          344.45             .00          61.93
RESURGENT CAPITAL SERVIC UNSECURED         2908.00             .00         522.86
ECAST SETTLEMENT CORP    UNSECURED          504.91             .00          90.78
CITICORP TRUST BANK      SECURED NOT I      292.45             .00            .00
LORRAINE GREENBERG & ASS DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN               TRUSTEE                                         1,539.91
DEBTOR REFUND            REFUND                                             48.00
```

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               28,832.00

PRIORITY                                              .00
SECURED                                         14,629.10
    INTEREST                                       621.19
UNSECURED                                        9,293.80
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,539.91
DEBTOR REFUND                                       48.00
                    ---------------         ---------------
TOTALS                28,832.00                 28,832.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 09/25/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 05 B 08483 HERBERT L MANNING & BARBARA GARY MANNING